ACCEPTED
09-17-00300-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 9:31 AM
CAROL ANNE HARLEY
CLERK

## No. 09-17-00300-CR

In the
**Court of Appeals**
For the
**Ninth Supreme Judicial District of Texas**

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 9:31:59 AM
CAROL ANNE HARLEY
Clerk

## No. CR11,485

In the 258th Judicial District Court
San Jacinto County, Texas

## LARRY WAYNE DUNCAN
## V.
## THE STATE OF TEXAS

**First Motion for Extension of Time to File Appellee's Brief**

**CHRISTINA T. WOOD**
Assistant Criminal District Attorney
San Jacinto County, Texas
1 State Hwy Rm# 21
Coldspring, Texas
TBN:24081271
Phone: (936) 653-2601
Fax: (936) 653-2143

1

## MOTION FOR EXTENSION OF TIME TO FIEL APPELLEE'S BRIEF

## TO THE HONORABLE COURT OF APPEALS:

Appellee, under Texas Rules of Appellate Procedure 38.6 (b), respectfully requests the Court to extend the time to file Appellee's Brief and would show the following:

1. Larry Wayne Duncan is the Appellant. The State of Texas is the Appellee.

2. Bobby Phillips was appointed to represent Appellant in his appeal.

3. Larry Wayne Duncan was found guilty of Failure to Stop and Render Aid resulting in a death on June 7, 2016.

4. On January 12, 2017 Attorney Phillips filed a Writ of Habeas Corpus requesting leave to file an out-of-time appeal which was granted on July 31, 2017.

5. On August 8, 2017 Attorney Phillips filed a Notice of Appeal.

6. On October 27, 2017 Attorney Phillips filed Appellant's original brief.

7. On November 13, 2017 Attorney Phillips filed a Motion to Amend Appellant's Brief Due to Minor Clerical Errors and the Amended Brief of Appellant.

2

8. Appellee's Brief was then due December 13, 2017.

9. Since the date Appellant's Response Brief was file, the State's appellate attorney has had a very busy caseload, including having trials set on December 7, 2017 and other pending appellate matters with earlier deadlines.

10. Further, the State's appellate attorney had a death in the family and was out of town for a funeral on November 11, 2017.

11. As a result of the above, Appellee was unable to allot the necessary time to adequately complete Appellee's Brief.

12. Therefore , Appellee requests this Honorable Court to grant Appellee a thirty (30) day extension of time for the filing of Appellee's Brief.

13. State's Attorney communicated with Attorney Phillips, attorney for Appellee, on December 11, 2017 and he stated that he had no objection to State's First Motion for Extension of Time to File Appellee's Brief.

14. This is Appellee's first request for an extension of time to file Appellee's Brief in this matter, making this the first request that has been made by Appellee.

3

15. Appellee requests this extension of time not for the purpose of delay, but so that justice can be done and the matter properly presents to this Honorable Court.

*Respectfully Submitted,*

**CHRISTINA T. WOOD**
Assistant Criminal District Attorney
San Jacinto County, Texas
1 State Hwy Rm# 21
Coldspring, Texas
TBN:24081271
Phone: (936) 653-2601
Fax: (936) 653-2143

## CERTIFICATE OF SERVICE

This is to certify that on this the 13th day of December, 20 17, a copy of the above and foregoing instrument was sent by U.S. Mail and via facsimile to:

**Bobby Phillips**
Appellate Counsel for Duncan
419 N. Washington
Livingston, Texas 77351
Phone: (936) 327-5619
Fax: (936) 327-5610

_(signature)_

**CHRISTINA T. WOOD**
Assistant Criminal District Attorney
San Jacinto County, Texas
1 State Hwy Rm# 21
Coldspring, Texas
TBN:24081271
Phone: (936) 653-2601
Fax: (936) 653-2143

5